IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEPHEN E. LEE,                    ) | |
|     Plaintiff,              ) | |
|     v.                      ) | CIVIL ACTION NO. |
|                             ) | 3:03cv412-MHT |
| UNITED STATES OF AMERICA    ) | (WO) |
| and CENTRAL ALABAMA         ) | |
| VETERANS HEALTH             ) | |
| CARE SYSTEM,                ) | |
|     Defendants.             ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (Doc. No. 56) is denied.

(2) The motion for summary judgment (Doc. No. 56) is granted.

(3) Summary judgment is entered in favor of defendants United States of America and Central Alabama Veterans Health Care System and against plaintiff Stephen

E. Lee, with plaintiff Lee taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Lee, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of September, 2007.

    /s/ Myron H. Thompson    
 UNITED STATES DISTRICT JUDGE